# Third District Court of Appeal

## State of Florida

Opinion filed November 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-231
Lower Tribunal No. F17-15332
_____

**Glenn Darkins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Glenn Darkins, in proper person.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.